## Commonwealth v. Warren, Appellant.

Submitted September 13, 1971. *D. Patrick Zimmerman*, Public Defender, for appellant; *Michael H. Ranck*, Assistant District Attorney, and *Clarence C. Newcomer*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.